## Phillip ALEXANDER, Plaintiff-Appellant,

v.

## PAUL BROWN FARMERS INSURANCE AGENCY, LLC, Defendant-Appellee.

### No. 17-16741

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 26, 2017

Phillip Alexander, Pro Se

Karl H. Smith, Esquire, Attorney, Law Offices of Karl H. Smith, Las Vegas, NV, for Defendant-Appellee

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

## MEMORANDUM **

The order to show cause (Docket Entry No. 2) is discharged.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Phillip Alexander appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action seeking damages related to an automobile accident. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Naffe v. Frey*, 789 F.3d 1030, 1035 (9th Cir. 2015), and we affirm.

The district court properly dismissed Alexander's action for lack of subject matter jurisdiction because Alexander failed to allege facts sufficient to show that there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a); *Naffe*, 789 F.3d at 1039 (setting forth elements of diversity jurisdiction).

We reject as without merit Alexander's contentions regarding default judgment.

**AFFIRMED.**